# AFFIDAVIT OF SERVICE

State of NEW YORK        County of NORTHERN DISTRICT OF NEW YORK        Usdc Court

Index Number: 5:10-CV-663
Date Filed: _____

Plaintiff:
PAMELA EDWARDS

vs.

Defendant:
SYRACUSE UNIVERSITY AND MAXWELL SCHOOL OF SYRACUSE UNIVERSITY

For:
Teena-Ann Sankoorikal
CRAVATH, SWAINE & MOORE LLP
825 Eighth Ave.
New York, NY 10019

Received these papers on the 9th day of June, 2010 at 10:36 am to be served on SYRACUSE UNIVERSITY BY DELIVERING TO SARAH MCLAGHLIN ADMIN ASSISTANT, 200 EGGERS HALL, SYRACUSE, NY 13244.

I, SPECTRUM SECURITY & INVESTIGATIVE SERVIC, being duly sworn, depose and say that on the 9th day of June, 2010 at 1:05 pm, I:

Served the within named corporation by delivering a true copy of the SUMMONS AND COMPLAINT with the date and hour of service endorsed thereon by me, to Sarah Mclaghin as REGISTERED AGENT of the within named corporation.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

_____
SPECTRUM SECURITY & INVESTIGATIVE SERVIC
Process Server

Subscribed and Sworn to before me on the 23rd day of June, 2010 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

PEGGY A. HAYMAN
Notary Public, State of New York
Qualified in Onon. County No. 01HA6053468
Commission Expires Jan. 8, 2011

Our Job Serial Number: 2010003691

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3r