# AFFIDAVIT OF SERVICE

State of NEW YORK          County of NORTHERN DISTRICT OF NEW YORK          Usdc Court

Index Number: 5:10-CV-663
Date Filed: _____

Plaintiff:
PAMELA EDWARDS

vs.

Defendant:
SYRACUSE UNIVERSITY AND MAXWELL SCHOOL OF SYRACUSE UNIVERSITY

For:
Teena-Ann Sankoorikal
CRAVATH, SWAINE & MOORE LLP
825 Eighth Ave.
New York, NY 10019

Received these papers on the 9th day of June, 2010 at 10:36 am to be served on MAXWELL SCHOOL OF SYRACUSE UNIVERSITY BY DELIVERING TO SARAH MCLAGHLIN ADMIN ASSISTANT, 200 EGGERS HALL, SYRACUSE, NY 13244.

I, SPECTRUM SECURITY & INVESTIGATIVE SERVIC, being duly sworn, depose and say that on the 9th day of June, 2010 at 12:00 pm, I:

Served the within named corporation by delivering a true copy of the SUMMONS AND COMPLAINT with the date and hour of service endorsed thereon by me, to Sarah Mccaghlin-Admin assistant as REGISTERED AGENT of the within named corporation.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 23rd day of June, 2010 by the affiant who is personally known to me.

_Peggy A Hayman_
NOTARY PUBLIC

PEGGY A. HAYMAN
Notary Public, State of New York
Qualified in Onon. County No. 01HA6053468
Commission Expires Jan. 8, 2011

SPECTRUM SECURITY & INVESTIGATIVE SERVIC
Process Server

Our Job Serial Number: 2010003690

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.0n