UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

PAMELA EDWARDS,

                Plaintiff,              **NOTICE OF APPEARANCE**

   -against-

SYRACUSE UNIVERSITY and MAXWELL      Civil Action No.: 5:10-CV-663
SCHOOL OF SYRACUSE UNIVERSITY,       (DNH/DEP)

                Defendants.


       PLEASE TAKE NOTICE that the undersigned appears as counsel for Defendants in the above-referenced matter.

Dated:  June 30, 2010            BOND, SCHOENECK & KING, PLLC

                                        By   s/ Peter A. Jones
                                           Peter A. Jones, Esq. (506918)
                                      One Lincoln Center
                                      Syracuse, New York 13202
                                      Telephone:  (315) 218-8000
                                      Attorneys for Defendants,  Syracuse University and Maxwell School of Citizenship and Public Affairs

1719642.1

**CERTIFICATE OF SERVICE**

       I hereby certify that on June 30, 2010, I electronically filed the foregoing Notice of Appearance, dated June 30, 2010, with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

> Daniel Slifkin, Esq.
> Cravath, Swaine & Moore, LLP
> Worldwide Plaza
> 825 8th Avenue
> New York, NY 10019-7475
> 212-474-1000
> Fax: 212-474-3700
> Email: dslifkin@cravath.com
>
> Clyde W. Steineker, Esq.
> Cravath, Swaine & Moore, LLP
> Worldwide Plaza
> 825 8th Avenue
> New York, NY 10019-7475
> 212-474-1000
> Fax: 212-474-3700
> Email: wsteineker@cravath.com

                                                s/ Peter A. Jones
                                                Peter A. Jones, Esq.