UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

PAMELA EDWARDS,

                Plaintiff,

-against-

SYRACUSE UNIVERSITY and MAXWELL
SCHOOL OF SYRACUSE UNIVERSITY,

                Defendants.

**RULE 7.1 DISCLOSURE STATEMENT**

Civil Action No.: 5:10-CV-663 (DNH/DEP)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for the Defendants Syracuse University and the Maxwell School of Citizenship and Public Affairs, misnamed in the Complaint as the Maxwell School of Syracuse University, certifies the following:

1.     Neither Syracuse University nor the Maxwell School of Citizenship and Public Affairs have a parent corporation or have a publicly held corporation owning 10% or more of its stock.

Dated: June 30, 2010

BOND, SCHOENECK & KING, PLLC

By    s/ Peter A. Jones
      Peter A. Jones, Esq. (506918)
      Andrew D. Bobrek, Esq. (515284)
One Lincoln Center
Syracuse, New York 13202
Telephone: (315) 218-8000
Attorneys for Defendants, Syracuse University and Maxwell School of Citizenship and Public Affairs

# CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2010, I electronically filed the foregoing Rule 7.1 Disclosure Statement, dated June 30, 2010, with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

>Daniel Slifkin, Esq.
>Cravath, Swaine & Moore, LLP
>Worldwide Plaza
>825 8th Avenue
>New York, NY 10019-7475
>212-474-1000
>Fax: 212-474-3700
>Email: dslifkin@cravath.com
>
>Clyde W. Steineker, Esq.
>Cravath, Swaine & Moore, LLP
>Worldwide Plaza
>825 8th Avenue
>New York, NY 10019-7475
>212-474-1000
>Fax: 212-474-3700
>Email: wsteineker@cravath.com

                                          s/ Peter A. Jones
                                          Peter A. Jones, Esq.