UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

PAMELA EDWARDS,

                Plaintiff,                **NOTICE OF APPEARANCE**

    -against-

                                        Civil Action No.: 5:10-CV-663
SYRACUSE UNIVERSITY and MAXWELL   (DNH/DEP)
SCHOOL OF SYRACUSE UNIVERSITY,

                Defendants.

       PLEASE TAKE NOTICE that the undersigned appears as counsel for Defendants in the above-referenced matter.

Dated:  June 30, 2010                  BOND, SCHOENECK & KING, PLLC

                                            By    s/ Andrew D. Bobrek
                                                 Andrew D. Bobrek, Esq. (515284)
                                           One Lincoln Center
                                           Syracuse, New York 13202
                                           Telephone:  (315) 218-8000
                                           Attorneys for Defendants,  Syracuse University and Maxwell School of Citizenship and Public Affairs

1719690.1

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 30, 2010, I electronically filed the foregoing Notice of Appearance, dated June 30, 2010, with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

    Daniel Slifkin, Esq.
    Cravath, Swaine & Moore, LLP
    Worldwide Plaza
    825 8th Avenue
    New York, NY 10019-7475
    212-474-1000
    Fax: 212-474-3700
    Email: dslifkin@cravath.com

    Clyde W. Steineker, Esq.
    Cravath, Swaine & Moore, LLP
    Worldwide Plaza
    825 8th Avenue
    New York, NY 10019-7475
    212-474-1000
    Fax: 212-474-3700
    Email: wsteineker@cravath.com

            s/ Peter A. Jones
            Peter A. Jones, Esq.