## CRAVATH, SWAINE & MOORE LLP

ALLEN FINKELSON
RONALD S. ROLFE
MAX R. SHULMAN
STUART W. GOLD
JOHN W. WHITE
JOHN E. BEERBOWER
EVAN R. CHESLER
MICHAEL L. SCHLER
RICHARD LEVIN
KRIS F. HEINZELMAN
B. ROBBINS KIESSLING
ROGER D. TURNER
PHILIP A. GELSTON
RORY O. MILLSON
RICHARD W. CLARY
WILLIAM P. ROGERS, JR.
JAMES D. COOPER
STEPHEN L. GORDON
DANIEL L. MOSLEY
GREGORY M. SHAW
PETER S. WILSON
JAMES C. VARDELL, III
ROBERT H. BARON
KEVIN J. GREHAN

STEPHEN S. MADSEN
C. ALLEN PARKER
MARC S. ROSENBERG
SUSAN WEBSTER
DAVID MERCADO
ROWAN D. WILSON
PETER T. BARBUR
SANDRA C. GOLDSTEIN
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
ELIZABETH L. GRAYER
JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KATHERINE B. FORREST
KEITH R. HUMMEL
DANIEL SLIFKIN
JEFFREY A. SMITH
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
SCOTT A. BARSHAY
PHILIP J. BOECKMAN
ROGER G. BROOKS

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: (212) 474-1000
FACSIMILE: (212) 474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: 44-20-7453-1000
FACSIMILE: 44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1438

WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
MARK I. GREENE
SARKIS JEBEJIAN
JAMES C. WOOLERY
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
JOEL F. HEROLD

ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL
CRAIG F. ARCELLA
TEENA-ANN V. SANKOORIKAL
ANDREW R. THOMPSON
DAMIEN R. ZOUBEK
LAUREN ANGELILLI
TATIANA LAPUSHCHIK
ERIC L. SCHIELE
ALYSSA K. CAPLES
JENNIFER S. CONWAY
MINH VAN NGO

SPECIAL COUNSEL
SAMUEL C. BUTLER
GEORGE J. GILLESPIE, III

OF COUNSEL
PAUL C. SAUNDERS

October 1, 2010

<u>Edwards v. Syracuse University</u>
<u>Civil Action No. 5:10-CV-663 (DNH/DEP)</u>

Dear Magistrate Judge Peebles:

      We represent plaintiff Pamela Edwards in the above-captioned matter, but we are writing on behalf of both parties regarding a scheduling matter.

      The parties recently spoke with the Court's clerk, Ms. Shelly Muller, regarding the Rule 16 conference currently scheduled for October 7, 2010. Ms. Muller indicated that, due to a scheduling conflict, the Court will likely reschedule the conference for a later date. In doing so, we want the Court to be aware that the parties have exchanged proposed dates for mediation and hope to engage in mediation in late October or early November. The parties have also contacted a mutually agreeable mediator (Michael J. Sciotti, Esq.) who has experience in employment litigation.

      Should the mediation be successful, it would, of course, obviate the need for the Rule 16 conference. Accordingly, in order to avoid unnecessary burden on the parties or the Court, the parties are amenable to holding the Rule 16 conference after the mediation. The parties have further agreed to move any deadlines set forth in the case management plan (Dkt. No. 11) to after the Rule 16 conference should the Court agree with this approach.

Respectfully,

*Daniel Slifkin*
Daniel Slifkin

Hon. David E. Peebles, United States Magistrate Judge
   Federal Building and U.S. Courthouse
      P.O. Box 7345
         Syracuse, NY 13261

VIA ECF

Copy to:

Peter Jones
Andrew Bobrek
   Bond, Schoeneck & King, PLLC
      One Lincoln Center
         Syracuse, NY 13202

VIA EMAIL