# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

**LAWRENCE K. BAERMAN**
Clerk

**JOHN M. DOMURAD**
Chief Deputy



James M. Hanley Federal Building
P.O. Box 7367, 100 S. Clinton St.
Syracuse, New York 13261-7367
(315) 234-8500

### REPORT OF MEDIATOR
***(To be electronically filed[1])***

Re: Edwards v. Syracuse University, et al

Civil No.: 5:10-CV-663 (DNH/DMP)

Upon completion of mediation and in accordance with Local Rule 83.11-6, the following report is submitted for filing with the clerk's office:

☐ **Case has settled.** Parties have been instructed to notify the ADR Administrator and promptly prepare and file the appropriate stipulation of dismissal, in accordance with Local Rule 83.11-6(b). *If this is an action by or on behalf of Infant(s) and/or Incompetent(s), pursuant to Local Rule 17.1(a): "An action by or on behalf of an infant or incompetent shall not be settled or compromised, or voluntarily discontinued, dismissed or terminated, without leave of the court embodied in an order, judgment or decree."*

☐ **Case has settled in part.** Parties have been instructed to file a stipulation concisely setting forth the resolved claims within five business days of the evaluation session, in accordance with Local Rule 83.11-6(c).

☒ **Case did not settle.** The case will proceed toward trial pursuant to the scheduling order entered in the case, in accordance with Local Rule 83.11-6(d).

Date: 10/25/10

_____
Signature of Mediator

Michael J. Scrotti
Printed/Typed Name of Mediator

---

[1]If you have any questions regarding filing this document, please contact the Clerk's Office in Syracuse, at (315) 234-8500.