

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

JAN 12 2011

LAWRENCE K. BAERMAN, Clerk
UTICA

---

PAMELA EDWARDS,

                        Plaintiff,

-against-

SYRACUSE UNIVERSITY and MAXWELL
SCHOOL OF SYRACUSE UNIVERSITY,

                       Defendants.

5:10-CV-663 DNH/DEP

## STIPULATION OF PARTIAL DISMISSAL WITHOUT PREJUDICE

       WHEREAS, on June 8, 2010, plaintiff commenced this action against Syracuse University and Maxwell School of Syracuse University; and

       WHEREAS, on June 30, 2010, Bond, Schoeneck & King, PLLC appeared as attorneys for both defendants and filed an answer to the complaint on behalf of both defendants; and

       WHEREAS, by letter dated December 13, 2010, appended herein as Exhibit A, Bond, Schoeneck & King, PLLC represented to plaintiff that Maxwell School of Syracuse University is not a separate legal entity from, but rather is an academic unit of, defendant Syracuse University; and

       WHEREAS, in reliance on that representation, plaintiff agrees to dismiss Maxwell School of Syracuse University from this action without prejudice while continuing to maintain the action against Syracuse University;

       NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the complaint and all causes of action set forth

therein are dismissed without prejudice as to Maxwell School of Syracuse University pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs; and it is further

STIPULATED AND AGREED, that the caption in this action be amended to read as follows:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

| PAMELA EDWARDS, | |
|---|---|
| Plaintiff, | |
| -against- | 5:10-CV-663 DNH/DEP |
| SYRACUSE UNIVERSITY, | |
| Defendant. | |

December 23, 2010

CRAVATH, SWAINE & MOORE LLP,

by _____
Daniel Slifkin (N.D.N.Y. Bar No. 514859)
A member of the Firm

Attorneys for Plaintiff
Pamela Edwards
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

BOND, SCHOENECK & KING, PLLC

by *[signature]*
_____
Peter A. Jones (N.D.N.Y. Bar No. 506918)
A member of the Firm

Attorneys for Defendants
Syracuse University and Maxwell
School of Citizenship and Public
Affairs
One Lincoln Center
Syracuse, NY 13202
(315) 218-8000

SO ORDERED:

*[signature]*
_____
David N. Hurd/U.S.D.J.

1-10-11

Utica, N.Y.

3

# EXHIBIT A

 **BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW • NEW YORK  FLORIDA  KANSAS

PETER A. JONES
Direct: 315-218-8337
pjones@bsk.com

December 13, 2010

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**

Daniel Slifkin, Esq.
Cravath, Swaine & Moore, LLP
Worldwide Plaza
825 8th Avenue
New York, New York 10019-7475

Clyde W. Steineker, Esq.
Cravath, Swaine & Moore, LLP
Worldwide Plaza
825 8th Avenue
New York, New York 10019-7475

Re:   *Edwards v. Syracuse University*
      *Civil Action No. 5:10-cv-663 (DNH/DEP)*

Dear Counselors:

As a follow-up to the parties' Rule 16 conference with Magistrate Judge Peebles, I am writing to confirm that the named Defendants in the above-referenced action, Syracuse University and Maxwell School of Syracuse University, are not separate legal entities. Syracuse University is an education corporation chartered by special act as described in clause (b) of Section 216-a(1) of the New York State Education Law. The Maxwell School is an academic unit within Syracuse University.

As always, please do not hesitate to contact me if you have any questions or if I may be of any assistance.

Very truly yours,

BOND, SCHOENECK & KING, PLLC

Peter A. Jones

PAJ/cy

One Lincoln Center, Syracuse, NY 13202-1355 • Phone: 315-218-8000 • Fax: 315-218-8100 • www.bsk.com

1785037.1 12/13/2010