AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of New York

| | |
|---|---|
| Pamela Edwards | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    10-CV-663 |
| Syracuse University | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Pamela Edwards, Plaintiff

Date:    04/04/2011

_____
*Attorney's signature*

Rebecca Rettig - 516854
*Printed name and bar number*

Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
*Address*

rrettig@cravath.com
*E-mail address*

(212) 474-1000
*Telephone number*

(212) 474-3700
*FAX number*