UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

PAMELA EDWARDS,

                Plaintiff,                  **NOTICE OF APPEARANCE**

   -against-

SYRACUSE UNIVERSITY,              Civil Action No.: 5:10-CV-663
                                                         (DNH/DEP)

                Defendant.

        PLEASE TAKE NOTICE that the undersigned appears as counsel for Defendant Syracuse University in the above-referenced matter.

Dated: April 4, 2011                BOND, SCHOENECK & KING, PLLC

                                          By   s/ Brian J. Butler
                                                 Brian J. Butler, Esq. (510105)
                                        One Lincoln Center
                                        Syracuse, New York 13202
                                        Telephone: (315) 218-8000
                                        Attorneys for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 4, 2011, I electronically filed the foregoing Notice of Appearance, dated April 4, 2011, with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

      Daniel Slifkin, Esq.
      Cravath, Swaine & Moore, LLP
      Worldwide Plaza
      825 8th Avenue
      New York, NY 10019-7475
      212-474-1000
      Fax: 212-474-3700
      Email: dslifkin@cravath.com

      Clyde W. Steineker, Esq.
      Cravath, Swaine & Moore, LLP
      Worldwide Plaza
      825 8th Avenue
      New York, NY 10019-7475
      212-474-1000
      Fax: 212-474-3700
      Email: wsteineker@cravath.com

      Rebecca Rettig, Esq.
      Cravath, Swaine Law Firm
      Worldwide Plaza
      825 Eighth Avenue
      New York, NY 10019-7475
      212-474-1000
      Fax: 212-474-3700
      Email: rrettig@cravath.com

                            s/ Brian J. Butler, Esq.
                            Brian J. Butler