# CRAVATH, SWAINE & MOORE LLP

| | | | | |
|---|---|---|---|---|
| ALLEN FINKELSON | SUSAN WEBSTER | | MARK I. GREENE | TEENA-ANN V. SANKOORIKAL |
| STUART W. GOLD | DAVID MERCADO | WORLDWIDE PLAZA | SARKIS JEBEJIAN | ANDREW R. THOMPSON |
| JOHN W. WHITE | ROWAN D. WILSON | 825 EIGHTH AVENUE | DAVID R. MARRIOTT | DAMIEN R. ZOUBEK |
| EVAN R. CHESLER | PETER T. BARBUR | NEW YORK, NY 10019-7475 | MICHAEL A. PASKIN | LAUREN ANGELILLI |
| MICHAEL L. SCHLER | SANDRA C. GOLDSTEIN | | ANDREW J. PITTS | TATIANA LAPUSHCHIK |
| RICHARD LEVIN | THOMAS G. RAFFERTY | TELEPHONE: (212) 474-1000 | MICHAEL T. REYNOLDS | ERIC L. SCHIELE |
| KRIS F. HEINZELMAN | MICHAEL S. GOLDMAN | FACSIMILE: (212) 474-3700 | ANTONY L. RYAN | ALYSSA K. CAPLES |
| B. ROBBINS KIESSLING | RICHARD HALL | | GEORGE E. ZOBITZ | JENNIFER S. CONWAY |
| ROGER D. TURNER | JULIE A. NORTH | | GEORGE A. STEPHANAKIS | MINH VAN NGO |
| PHILIP A. GELSTON | ANDREW W. NEEDHAM | CITYPOINT | DARIN P. MCATEE | KEVIN J. ORSINI |
| RORY O. MILLSON | STEPHEN L. BURNS | ONE ROPEMAKER STREET | GARY A. BORNSTEIN | |
| RICHARD W. CLARY | KEITH R. HUMMEL | LONDON EC2Y 9HR | TIMOTHY G. CAMERON | |
| WILLIAM P. ROGERS, JR. | DANIEL SLIFKIN | TELEPHONE: 44-20-7453-1000 | KARIN A. DEMASI | |
| JAMES D. COOPER | JEFFREY A. SMITH | FACSIMILE: 44-20-7860-1150 | LIZABETHANN R. EISEN | SPECIAL COUNSEL |
| STEPHEN L. GORDON | ROBERT I. TOWNSEND, III | | DAVID S. FINKELSTEIN | |
| DANIEL L. MOSLEY | WILLIAM J. WHELAN, III | | DAVID GREENWALD | SAMUEL C. BUTLER |
| PETER S. WILSON | SCOTT A. BARSHAY | WRITER'S DIRECT DIAL NUMBER | RACHEL G. SKAISTIS | GEORGE J. GILLESPIE, III |
| JAMES C. VARDELL, III | PHILIP J. BOECKMAN | | PAUL H. ZUMBRO | |
| ROBERT H. BARON | ROGER G. BROOKS | | JOEL F. HEROLD | |
| KEVIN J. GREHAN | WILLIAM V. FOGG | | ERIC W. HILFERS | |
| STEPHEN S. MADSEN | FAIZA J. SAEED | (212) 474-1774 | GEORGE F. SCHOEN | |
| C. ALLEN PARKER | RICHARD J. STARK | | ERIK R. TAVZEL | OF COUNSEL |
| MARC S. ROSENBERG | THOMAS E. DUNN | | CRAIG F. ARCELLA | PAUL C. SAUNDERS |

June 7, 2011

<u>Edwards v. Syracuse University</u>
<u>Civil Action No. 5:10-CV-663 (DNH/DEP)</u>

Dear Judge Peebles:

      I write to request a 45-day extension of the June 13, 2011, deadline for Plaintiff Pamela Edwards to identify Plaintiff's expert witness and to serve the expert's written report, to July 28, 2011. Good cause for granting this request exists because, despite diligent efforts by the parties, document production is still ongoing. Defendant does not oppose Plaintiff's request for an extension on the condition that the parties also extend by 45 days (i) the deadline to identify Defendant's expert witness(es), from July 26, 2011, to September 9, 2011; (ii) the deadline to identify the rebuttal expert witness(es), from August 10, 2011, to September 26, 2011; (iii) the deadline to complete discovery, from September 9, 2011, to October 24, 2011; and (iv) the deadline to file dispositive motions, from November 4, 2011, to December 19, 2011.

      Please let me know if you need any additional information.

Respectfully submitted,

Rebecca Rettig

Hon. David E. Peebles, United States Magistrate Judge
   Federal Building and U.S. Courthouse
     P.O. Box 7345
        Syracuse, NY 13261

VIA ECF

Copy to:

Peter A. Jones, Esq.
   Bond, Schoeneck & King, PLLC
     One Lincoln Center
       Syracuse, NY 13202

Brian J. Butler, Esq.
   Bond, Schoeneck & King, PLLC
     One Lincoln Center
       Syracuse, NY 13202

Andrew D. Bobrek, Esq.
   Bond, Schoeneck & King, PLLC
     One Lincoln Center
       Syracuse, NY 13202

VIA EMAIL