AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| PAMELA EDWARDS | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 5:10-CV-663 (DNH/DEP) |
| SYRACUSE UNIVERSITY | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PAMELA EDWARDS, PLAINTIFF.

Date: 08/05/2011

/S/ Michael Rayfield
*Attorney's signature*

Michael Rayfield--516853
*Printed name and bar number*

Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
*Address*

mrayfield@cravath.com
*E-mail address*

(212) 474-1000
*Telephone number*

(212) 474-3400
*FAX number*