

One Lincoln Center | Syracuse, NY 13202-1355 | bsk.com

ANDREW D. BOBREK, ESQ.
abobrek@bsk.com
P: 315.218.8262
F: 315.218.8823

August 24, 2011

**VIA ECF**

Hon. David E. Peebles
U.S. Magistrate Judge
United States District Court
Northern District of New York
Federal Building and U.S. Courthouse
100 South Clinton Street
P.O. Box 7345
Syracuse, NY 13261-7345

Re:  *Edwards v. Syracuse University*
     5:10-cv-00663 (DNH/DEP)

Dear Judge Peebles:

We write to respectfully request a two-week extension of the deadline for Defendant Syracuse University to prepare and serve its expert witness report, from September 9, 2011 to September 23, 2011.

This extension is necessary in order for Defendant's expert to complete his review and analysis of Plaintiff's report, including the extensive amount of documents and information referenced in the report, and to prepare his own report concerning Plaintiff's alleged damages.

Plaintiff does not object to our extension request, provided the parties' deadline to identify rebuttal expert witnesses is similarly extended. Accordingly, we also request an extension of this deadline from September 26, 2011 to October 10, 2011. In light of the Court's Order of June 8, 2011, the parties are willing to maintain the current discovery deadline of October 24, 2011 and the motion deadline of December 19, 2011. We do not anticipate that it will be necessary to seek an extension of either of these deadlines for other good cause.

Thank you for your consideration of this request. As always, please do not hesitate to contact me if you have any questions or if I may be of any assistance.

Very truly yours,

BOND, SCHOENECK & KING, PLLC

Andrew D. Bobrek

ADB/jlm

cc: Rebecca Rettig, Esq. (via e-mail)