**BOND SCHOENECK & KING**

One Lincoln Center | Syracuse, NY 13202-1355 | **bsk.com**

**ANDREW D. BOBREK, ESQ.**
abobrek@bsk.com
P: 315.218.8262

January 17, 2012

**VIA ECF**

Hon. David E. Peebles
U.S. Magistrate Judge
United States District Court
Northern District of New York
Federal Building and U.S. Courthouse
100 South Clinton Street
P.O. Box 7345
Syracuse, NY 13261-7345

Re:   *Edwards v. Syracuse University*
      Civ. No. 5:10-CV-663 (DNH/DEP)

Dear Judge Peebles:

We write to respectfully request an extension of the dispositive motions deadline and corresponding motion briefing schedule.

Opposing counsel has consented to our request for an extension, and, subject to the Court's approval, the parties have agreed on the following briefing schedule:

(1) March 19, 2012, as the deadline for filing dispositive motions;
(2) April 20, 2012, as the deadline for filing opposition papers;
(3) April 30, 2012, as the deadline for filing reply papers; and
(4) May 11, 2012, as the return date.

Good cause exists for this extension because Plaintiff recently served a Supplemental Expert Report on January 11, 2012 and Defendant presently plans to file a <u>Daubert</u> challenge to preclude Plaintiff's expert (as well as a Motion for Summary Judgment). The parties' scheduling conflicts precluded agreement to an earlier return date and briefing schedule.

Thank you for your consideration. As always, please do not hesitate to contact me with any questions or if I may be of any assistance.

Very truly yours,

BOND, SCHOENECK & KING, PLLC


s/Andrew D. Bobrek
Andrew D. Bobrek

Hon. David E. Peebles
January 17, 2012
Page 2


cc:     Daniel Slifkin, Esq. (Via ECF)
         Yelena Konanova, Esq. (Via ECF)