

One Lincoln Center | Syracuse, NY 13202-1355 | **bsk.com**

**ANDREW D. BOBREK, ESQ.**
abobrek@bsk.com
P: 315.218.8262
F: 315.218.8823

February 9, 2012

**VIA ECF**

Hon. David E. Peebles
U.S. Magistrate Judge
United States District Court
Northern District of New York
Federal Building and U.S. Courthouse
100 South Clinton Street
P.O. Box 7345
Syracuse, NY 13261-7345

Re:   *Edwards v. Syracuse University*
      Civ. No. 5:10-CV-663 (DNH/DEP)

Dear Judge Peebles:

In connection with Defendant's forthcoming Motion for Summary Judgment, both Defendant and Plaintiff respectfully request a 15-page extension of the page limitation for their respective Memoranda of Law.  Each party has consented to the other's request.

Thank you for your consideration.  As always, please contact me if you have any questions or if I may be of any assistance.

Very truly yours,

BOND, SCHOENECK & KING, PLLC

/s/ Andrew D. Bobrek

Andrew D. Bobrek

ADB/jlm

cc:   Daniel Slifkin, Esq. (via ECF)
      Yelena Kononova, Esq. (via ECF)

1954645.1 2/9/2012