UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

PAMELA EDWARDS,

                Plaintiff,

     v.

SYRACUSE UNIVERSITY,

                Defendant.

**NOTICE OF MOTION**

Civil Action No.
5:10-CV-663 (DNH/DEP)

---

      PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law and Declaration of Brian J. Butler, Esq., executed February 22, 2012, with Exhibits A through J, attached; and the prior pleadings and proceedings in this action, defendant Syracuse University will move this Court before the Honorable David N. Hurd at the Alexander Pirnie Federal Building, 10 Broad Street, Utica, NY 13501-1233, on April 13, 2012, at 10 a.m., or as soon thereafter as counsel may be heard, for an Order pursuant to Federal Rule of Evidence 702 granting Syracuse University's motion *in limine* to exclude the testimony of plaintiff's expert Victoria Lazear.

1958344.1

PLEASE TAKE FURTHER NOTICE that any opposition papers must be filed and served by March 23, 2012.

Dated: February 22, 2012                     Respectfully submitted,

                                                    BOND, SCHOENECK & KING, PLLC

                                                    By:  *s/ Brian J. Butler*
                                                         Peter A. Jones (506918)
                                                         Brian J. Butler (510105)
                                                         Andrew D. Bobrek (515284)
                                                         Emily M. D. Brown (516181)
                                                         *Attorneys for Defendant*
                                                         *Syracuse University*
One Lincoln Center
Syracuse, NY 13202-1355
Office: (315) 218-8000
Fax:  (315) 218-8100

1958344.1

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2012, I electronically filed the foregoing NOTICE OF MOTION IN SUPPORT OF SYRACUSE UNIVERSITY'S MOTION TO PRECLUDE THE TESTIMONY OF VICTORIA LAZEAR, dated February 22, 2012, with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

>Daniel Slifkin, Esq.
>Cravath, Swaine & Moore, LLP
>Worldwide Plaza
>825 8th Avenue
>New York, NY 10019-7475
>212-474-1000
>Fax: 212-474-3700
>Email: dslifkin@cravath.com
>
>Yelena Konanova, Esq.
>Cravath, Swaine Law Firm
>Worldwide Plaza
>825 Eighth Avenue
>New York, NY 10019-7475
>212-474-1000
>Fax: 212-474-3700
>Email: rrettig@cravath.com

*s/ Brian J. Butler*
Brian J. Butler

1958344.1