UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

PAMELA EDWARDS,

        Plaintiff,

        **NOTICE OF APPEARANCE**

v.

        Civil Action No. 5:10-CV-663

SYRACUSE UNIVERSITY,
        (DNH/DEP)

        Defendant.

PLEASE TAKE NOTICE that Emily M.D. Brown, Esq. of Bond, Schoeneck & King, PLLC hereby appears as attorney of record for the defendant Syracuse University in the above-entitled matter.

Dated:  February 22, 2012

BOND, SCHOENECK & KING, PLLC

By: *s/ Emily M.D.Brown*
    Emily M. D. Brown (516181)
*Attorneys for Defendant*
*Syracuse University*
One Lincoln Center
Syracuse, New York  13202
Telephone:  315-218-8000

TO:  Daniel Slifkin, Esq.
      Yelena Konanova, Esq.
      Cravath, Swaine & Moore, LLP
      Worldwide Plaza
      825 Eighth Avenue
      New York, NY 10019-7475
      212-474-1000
      Fax: 212-474-3700
      Email: dslifkin@cravath.com
      Email: YKonanova@cravath.com

1959826.1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

PAMELA EDWARDS,

                Plaintiff,

   v.                                               Civil Action No. 5:10-CV-663
                                                         (DNH/DEP)

SYRACUSE UNIVERSITY,

                Defendant.

### CERTIFICATE OF SERVICE

        I hereby certify that on February 22, 2012, I electronically filed the foregoing NOTICE OF APPEARANCE, dated February 22, 2012, with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

        Daniel Slifkin, Esq.
        Cravath, Swaine & Moore, LLP
        Worldwide Plaza
        825 8th Avenue
        New York, NY 10019-7475
        212-474-1000
        Fax: 212-474-3700
        Email: dslifkin@cravath.com

        Yelena Konanova, Esq.
        Cravath, Swaine Law Firm
        Worldwide Plaza
        825 Eighth Avenue
        New York, NY 10019-7475
        212-474-1000
        Fax: 212-474-3700
        Email: YKonanova@cravath.com

                                                        s/*Emily M.D. Brown*
                                                         Emily M.D. Brown

1959826.1