

One Lincoln Center | Syracuse, NY 13202-1355 | bsk.com

**ANDREW D. BOBREK, ESQ.**
abobrek@bsk.com
P: 315.218.8262
F: 315.218.8823

April 2, 2012

**VIA ECF**

Hon. David N. Hurd
U.S. District Court
Northern District of New York
Alexander Pirnie Federal Building
10 Broad Street
Utica, NY 13501-1233

Re:   *Edwards v. Syracuse University*
      Civil Action No. 5:10-CV-663

Dear Judge Hurd:

We write to respectfully request an adjournment of the current return date, April 13, 2012, for Defendant's pending Motion for Summary Judgment and Motion in Limine.

Attorneys Peter A. Jones and Brian J. Butler, who will be appearing for these motions, are scheduled to be out of town on that date, and we respectfully seek an adjournment to the next available return date. We are available on either April 27, 2012 or May 11, 2012. We have contacted Plaintiff's counsel regarding this request, which they do not oppose, and they are also available on both of these dates.

As always, please do not hesitate to contact me if you have any questions or if I may be of any further assistance.

Very truly yours,

BOND, SCHOENECK & KING, PLLC

Andrew D. Bobrek

ADB/jlm
Enclosures

cc:   Yelena Konanova, Esq. (VIA ECF)
      Daniel Slifkin, Esq. (VIA ECF)

1976331.1 4/2/2012

A Professional Limited Liability Company