May 11th, 2012                                                                                              Utica, New York
Hon. David N. Hurd, Presiding
Clerk: Craig B. Minor
Steno: Nancy Freddoso

10:30 A.M.   COURT IN SESSION

Pamela Edwards,

    vs.

Syracuse University.                                                                5:10-CV-663

    Deft's sealed motion for summary judgment (43)–DECISION RESERVED.
    Ct. to issue written decision.

Appearances: Daniel Slifkin & Yelena Konanova for pltf, Andrew Bobrek & Peter Jones for deft


11:05 A.M.  Recessed.