

One Lincoln Center | Syracuse, NY 13202-1355 | bsk.com

**ANDREW D. BOBREK, ESQ.**
abobrek@bsk.com
P: 315.218.8262
F: 315.218.8823

December 12, 2012

**VIA ECF**

Hon. David N. Hurd
U.S. District Court
Northern District of New York
Alexander Pirnie Federal Building
10 Broad Street
Utica, NY 13501-1233

Re:   *Edwards v. Syracuse University*
      *Civil Action No. 5:10-CV-663 (DNH/DEP)*

Dear Judge Hurd:

Please be advised that Emily Brown, Esq. (Bar Roll No. 516181) is no longer with our firm and will no longer be appearing in the above-referenced case. Therefore, we respectfully request that her name be removed from the court docket and from any further electronic notifications related to this action.

As always, please let me know if you have any questions or if I can be of any assistance.

Respectfully,

BOND, SCHOENECK & KING, PLLC

Andrew D. Bobrek

ADB/clb

cc:   Daniel Slifkin, Esq. (*via ECF*)
      Yelena Konanova, Esq. (*via ECF*)

1976331.1

Attorneys At Law | A Professional Limited Liability Company