## Exhibit A

UNITED STATES DISTRICT COURT
<u>NORTHERN DISTRICT OF NEW YORK</u>

| | |
|---|---|
| PAMELA EDWARDS, | **STIPULATION OF DISCONTINUANCE** |
| Plaintiff, | |
| v. | Civil Action No. 5:10-CV-663 (DNH-DEP) |
| SYRACUSE UNIVERSITY, | |
| Defendant. | |

   IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for Pamela Edwards and Syracuse University that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, and no party hereto is in the military service of the United States or of any state, the above entitled action be, and the same hereby is, discontinued as between all parties, and all claims herein are dismissed with prejudice, without costs, attorneys' fees, expenses or disbursements to either party as against the other.

| | |
|---|---|
| Dated: <u>January 18</u>, 2013 | Dated: <u>January 18</u>, 2013 |
| **CRAVATH, SWAINE & MOORE, LLP** | **BOND, SCHOENECK & KING, PLLC** |
| By: <u>s/Daniel Slifkin</u><br>Daniel Slifkin, Esq.<br>NDNY Bar Roll No. 514959<br>Attorneys for Plaintiff<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, New York 10019<br>Telephone: (212) 474-1000 | By: <u>s/Peter A. Jones</u><br>Peter A. Jones, Esq.<br>NDNY Bar Roll No. 506918<br>Attorneys for Defendant<br>One Lincoln Center<br>Syracuse, New York 13202<br>Telephone: (315) 218-8000 |