

```
U.S. DISTRICT COURT
   N.D. OF N.Y.
     FILED

  JAN 24 2013

LAWRENCE K. BAERMAN, Clerk
         UTICA
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

PAMELA EDWARDS,

            Plaintiff,

v.

SYRACUSE UNIVERSITY,

            Defendant.

**STIPULATION OF DISCONTINUANCE**

**Civil Action No. 5:10-CV-663 (DNH-DEP)**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for Pamela Edwards and Syracuse University that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, and no party hereto is in the military service of the United States or of any state, the above entitled action be, and the same hereby is, discontinued as between all parties, and all claims herein are dismissed with prejudice, without costs, attorneys' fees, expenses or disbursements to either party as against the other.

Dated: January 18, 2013

**CRAVATH, SWAINE & MOORE, LLP**

By: s/Daniel Slifkin
Daniel Slifkin, Esq.
NDNY Bar Roll No. 514959
Attorneys for Plaintiff
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000

Dated: January 18, 2013

**BOND, SCHOENECK & KING, PLLC**

By: s/Peter A. Jones
Peter A. Jones, Esq.
NDNY Bar Roll No. 506918
Attorneys for Defendant
One Lincoln Center
Syracuse, New York 13202
Telephone: (315) 218-8000

SO ORDERED:

/s/ David N. Hurd
DAVID N. HURD
United States District Judge
Dated: 1/24/13
Utica, NY

2098824.2 1/11/2013